FILED
February 11, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002410982

BETH MAXWELL STRATTON
CHAPTER 7 TRUSTEE
Post Office Box 3930
Pinedale, CA 93650
Telephone: (559) 441-4233
Facsimile: (559) 441-4234

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:

GREEN LEAF ALFALFA, INC.,

Debtor.

Case No. 09-15653-A-7

Chapter 7

DC No. BMS - 4

**MOTION TO SELL PERSONAL PROPERTY**

Date: March 10, 2010
Time: 9:00 a.m.
Dept: A, Hon. Whitney Rimel
2500 Tulare Street, Courtroom 11
Fifth Floor, Fresno, California

Beth Maxwell Stratton, Chapter 7 Trustee ("Trustee"), represents:

1.  Debtor, Green Leaf Alfalfa, Inc. ("Debtor"), filed its Chapter 7 bankruptcy petition on June 17, 2009. Trustee is the duly appointed, qualified and acting Trustee in the above-referenced case.

2.  This court has jurisdiction over this motion by virtue of 28 U.S.C. section 1334 and 11 U.S.C. section 363. This is a core matter under 28 U.S.C. section 157(b)(2)(A) & (N).

3.  The assets of the estate include 2 1974 flatbed trailers.

4.  Trustee has agreed to sell the 2 trailers to Silviano Cabrera for the sum of $1,000 each. The trailers are identified as VINs: 7L47339-004 & 7L47340-008.

5.  Trustee is not aware of any liens on the vehicles.

6.  Trustee agreed to the price of $1,000 after researching the value of

1

similar trailers.

7. Trustee believes that said price for the trailers is the best price that Trustee can obtain, and thus Trustee believes that it is in the best interest of the estate to sell them according to the terms as set forth above. Trustee believes that no price can be obtained for the trailers which would net a greater amount to the estate. Thus, Trustee believes she has obtained the highest and best price for the personal property.

WHEREFORE, Trustee prays that she be authorized to sell the trailers on the terms as set forth above.

Dated: February 2, 2010

_____
Beth Maxwell Stratton, Chapter 7 Trustee