Printed: 02/22/11 03:34 PM

Page: 1

# Claims Distribution Small Checks

**Case:** 09-15653 - GREEN LEAF ALFALFA, INC. ✓

**Trustee:** Beth Maxwell Stratton (007730)

| Account No. | Check No. | Issued | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 920002272249366 | 126 | 02/22/11 | | | | | | | |

| | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|
| Payee: | | | | U.S. Bankruptcy Court | | | Check Amount: | $6.13 |
| | 3 | 07/31/09 | 610 | Brazil Hay Express | 7,738.27 | 7,738.27 | 3,177.52 | 3.22 |
| | 4 | 08/17/09 | 610 | Tire Country USA Inc | 706.33 | 706.33 | 290.04 | 0.30 |
| | 5 | 08/27/09 | 610 | JPMorgan Chase Bank, N.A. | 2,747.24 | 2,747.24 | 1,128.08 | 1.14 |
| | 11 | 10/30/09 | 610 | Mac's Equipment Repair | 3,550.43 | 3,550.43 | 1,457.89 | 1.47 |

2-16-07689

**FILED**
MAR -7 2011
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

(*) Denotes objection to Amount Filed